Honorable Judge Winmill

I am writing this letter in regards to a conflict of intrest that I have with the Public Defender's office representing me. The conflict is the office has represented my co-defendant in case CR 11-068-S-BLW Grover. My last lawyer that I had represent me was Reuben Fife in my last revocation in 2018. Thank you for your time

*[signature]*

U.S. COURTS
JUL 23 2020
Rcvd____ Filed____ Time____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

Adam Gomez #143868
c/o Jackson County Jail
787 W. 8th St.
Medford, OR -97501-

19 mj 10570